**WO** MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Milton Tucker, | No. CV 07-1228-PHX-EHC (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| CO II Duarte, et al., | |
| Defendants. | |

**I.  Procedural History**

On June 22, 2007, Plaintiff filed a *pro se* civil rights Complaint (Doc. #1). In a July 12, 2007 Order (Doc. #3), the Court noted that Plaintiff had neither paid the $350.00 civil action filing fee nor filed an Application to Proceed *In Forma Pauperis*. The Court gave Plaintiff 30 days to pay the filing fee or file an Application to Proceed. The Court informed Plaintiff:

> The Arizona Department of Corrections ("ADOC") has notified the Court that a certified trust fund account statement showing deposits and average monthly balances is available from the ADOC's Central Office. Accordingly, if Plaintiff files an Application to Proceed, he must obtain the certified copy of his trust fund account statement for the six months immediately preceding the filing of the Complaint **from the ADOC's Central Office**.

(Emphasis added.)

On August 6, 2007, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Doc. #4). In a September 13, 2007 Order (Doc. #5), the Court denied the Application to Proceed

because Plaintiff had not submitted a certified six-month trust account statement. The Court gave Plaintiff 30 days to either pay the $350.00 filing fee or file a complete Application to Proceed. The Court warned Plaintiff that "the Court may dismiss this action without further notice" if he failed to timely comply with the Order. The Court instructed the Clerk of Court to enter a judgment of dismissal of the action, without prejudice and without further notice to Plaintiff, if Plaintiff failed to either pay the $350.00 filing fee or file a complete Application to Proceed within 30 days.

On September 13, 2007, the Clerk of Court mailed the September 13, 2007 Order to Plaintiff at the same address that is listed on Plaintiff's June 22, 2007 Complaint; his August 6, 2007 Application to Proceed *In Forma Pauperis*, and his November 5, 2007 Motion to Check Status of Case. This is the same address the Clerk of Court used when mailing the June 22, 2007 Notice of Assignment and the July 12, 2007 Order. The September 13, 2007 Order was not returned to the Court.

On November 1, 2007, the Clerk of Court entered a Judgment (Doc. #6) dismissing this case, without prejudice, because Plaintiff had failed to comply with the Court's September 13, 2007 Order.

On November 5, 2007, Plaintiff filed a "Motion to Check Status of Case" (Doc. #7). In a November 15, 2007 Order (Doc. #8), the Court explained the status of the case.

On November 20, 2007, Plaintiff filed a Motion for Reconsideration (Doc. #9) of the Court's November 1, 2007 Judgment. In a December 3, 2007 Order (Doc. #10), the Court denied the Motion for Reconsideration.

**II.     Pending Motion**

Pending before the Court is Plaintiff's December 5, 2007 "Motion of Update on Motion for Reconsideration" (Doc. #11). The Court will deny the "Motion of Update."

In his "Motion of Update," Plaintiff claims he did not receive the Court's September 13, 2007 Order. This claim is not credible. As the Court stated in the November 15, 2007 Order, the September 13th Order was mailed to Plaintiff at the same address Plaintiff has used in all of his filings in this case, the address was the same address the Court had

previously used to mail documents to Plaintiff, and the September 13th Order was not returned to the Court.

Plaintiff also states in his "Motion of Update" that the account statement he submitted with his August 8th Application to Proceed "came from his counselor." However, in the Court's July 12th Order, the Court had instructed Plaintiff to obtain his account statement from "ADOC's Central Office." He did not do so.

Finally, Plaintiff promises in his "Motion of Update" that he will file another motion for reconsideration as soon as he receives more information. The Court will not permit Plaintiff to file any further motions for reconsideration because this case is **closed**. Plaintiff must not file further documents in this case except those in furtherance of an appeal.

**IT IS ORDERED**:

(1) Plaintiff's "Motion of Update on Motion for Reconsideration" (Doc. #11) is **denied**.

(2) Except documents in furtherance of an appeal, **Plaintiff must not file further documents in this case. If Plaintiff submits further documents that are not in furtherance of an appeal, the Court will summarily deny them without further explanation.**

(3) This case must remain closed.

DATED this 17th day of December, 2007.

_____
Earl H. Carroll
United States District Judge

- 3 -